UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re
Corey Mawna Lohman
Stacy Jen Lohman

Debtor(s)

Case No. 26-32366-thp7
☐ Amended

**REPORT OF AUCTIONEER**

I, Commercial Industrial Auctioneers, the undersigned auctioneer, having sold property of the estate on 10/31/2026, do report, as required by the bankruptcy rules, that attached hereto are (1) lists of all property sold, the amount received for each item or lot, and the name and address of each buyer of each item or lot; and (2) an explanation and sample of my advertising efforts.

My authorized commission is calculated as follows:

| | General Property Description | Gross Sale Price of All Property | Commission % Applicable | Commissions |
|---|---|---|---|---|
| 1. | Please see Report | $ 210.000,00 | 10% | $ 21,000.00 |
| 2. | | $ | | $ |
| 3. | | $ | | $ |
| 4. | | $ | | $ |
| 5. | | $ | | $ |
| 6. | | $ | | $ |
| 7. | | $ | | $ |
| 8. | | $ | | $ |
| 9. | | $ | | $ |
| 10. | | $ | | $ |
| 11. | | $ | | $ |
| 12. | | $ | | $ |
| 13. | | $ | | $ |
| 14. | | $ | | $ |
| 15. | | $ | | $ |
| | Totals: | $ 210,000,00 | | $ 21,000.00 |

Attached hereto are appropriate receipts or explanations of my expense requests. My authorized expenses are calculated as follows:

| Description | Amount |
|---|---|
| Transport To Auction Facility | 450.00 |
| (4) Batteries | 607.96 |
| Internet Sell Thru Fees (Proxibid) | 4,200.00 |

Total: $ 5,257.96

I certify that all my commissions, which total $ 21,000.00, and all my expenses, which total $ 5,257.96, are within the terms set forth in the application and order for my appointment.

I further certify that, in the above case, I had no persons bidding on my behalf, directly or indirectly, for the purchase of items auctioned and had no arrangement with the trustee apart from the terms of my employment and no arrangement with the trustee or the trustee's attorney other than selling the items auctioned for the highest available bid prices except for any items upon which the trustee may have placed a reserve minimum price with respect to any item or items offered for sale.

Date: 11/06/2026

/s/Kevin Hales
Signature of Auctioneer

**COMMERCIAL INDUSTRIAL AUCTIONEERS**
**PO BOX 33978**
**PORTLAND,OR 97292**
**503-760-0499 FAX 503-762-3858**

**Date :11/05/2026**

**Seller Number: 4**
**KEN EILER TRUSTEE**
**Ken Eiler**
**515 Nw Saltzman Rd**
**PO BOX 810**
**Portland, OR 97229**
**Phone (503) 292-6020**

## Final Statement For: October 31st 2026 Auction

| Lot | Description | Price | N/S | Grp | Commission | Net Due |
|---|---|---|---|---|---|---|
| 214 | 2019 NORTH RIVER 3100SXL OFFSHORE BOAT, *BANKRUPTCY, NO BUYERS PREMIUM*, (2) 2020 YAMAHA 300 OUTBOARDS (254 PORT HOURS - 253 STARBOARD HOURS), 2020 YAMAHA 40 OUTBOARD, OPTIMUS 360 JOYSTICK CONTROLS, GARMIN ELECTRONIC-GPS/SONAR/RADAR,W/ (3) DISPLAYS, OPTIMUS EPS AUTO PILOT, BOW THRUSTER, (3) SUSPENSION SEATS, SINK, STOVE TOP, REFRIGERATOR, ENCLOSED HEAD, DINETTE, FUSION RADIO, REAR HELM STATION, FLIR THERMAL CAMERA, 6-PERSON LIFE RAFT (EXPIRED 2022), (3) FISH BOXES, FRESH WATER & RAW WATER WASH DOWN, BOTTOM PAIT, HIN-NRB31233F919 ON A 2019 EZ LOADER 3-AXLE GALVANIZED TRAILER, ELECTRIC/HYDRAULIC BRAKES, 2 5/16" BALL ID#:1ZETHR9Z0KA011392<br>Yakov Chesnkakov 1118 NE 167TH AVE<br>VANCOUVER, WA 98684 | 210,000.00 | | | 0.00 | 210,000.00 |

**Summary of Sales Activity at October 31st 2026 Auction**
Commissions are Calculated on a Percent of the Sale Price of EACH LOT.

**Statement Totals**

| | | |
|---|---|---|
| 1 Lots Sold | | |
| Total Sales | $ | 210,000.00 |
| Less:Commissions | $ | 0.00 |
| Total Amount Due | $ | 210,000.00 |